990 So.2d 596 (2008)
Damian BETHELL, Appellant,
v.
FLORIDA DEPARTMENT OF REVENUE, on behalf of J.M.W., Appellee.
No. 3D07-2507.
District Court of Appeal of Florida, Third District.
August 20, 2008.
*597 Damian Bethell, in proper person.
Bill McCollum, Attorney General, and Toni C. Bernstein, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and SUAREZ and LAGOA, JJ.
PER CURIAM.
Affirmed. See Fla. R.App. P. 9.200(b)(3); Ahmed v. Travelers Indem. Co., 516 So.2d 40 (Fla. 3d DCA 1987); accord Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1979).